UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61693-CIV-LENARD/GARBER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

JOSEPH J. MONTEROSSO, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference of U.S. District Judge Joan A. Lenard. Pursuant to such reference, the Court has received the defendant Lawrence E. Lynch's Motion to Compel [DE 217], defendant SEC's Response [DE 244], and Lynch's Reply [DE 231]. After due consideration, the Motion is hereby DENIED.

Lynch is requesting that the Court compel the SEC to respond to its Request for Admissions, or in the alternative deem all requests as admitted for failure to respond. The SEC objected to the Requests as untimely because they were served after the close of discovery. The Requests were served to authenticate an audiotape that had been produced by the SEC.

First, this motion was filed well after the discovery deadline of July 31, 2009 and is therefore untimely. Next, the Request for Admissions was also served well after the discovery deadline. The Request for Admissions was served after the SEC produced a recording of a voice mail left by a third-party deponent on an SEC attorney's telephone. Though Lynch contends that he did not know of the existence of the recording until mid-2009, the deposition transcript attached to the SEC's Response shows that Mr. Lynch's counsel was present when a co-defendant requested production of the

recording in October 2008. DE 224-1 at Exh. D, 261:16-21. Lynch, therefore, had ample time before the close of discovery to make the same request and propound a Request for Production and his Request for Admissions to authenticate the tape. Accordingly, the Court hereby

ORDERS that Lawrence E. Lynch's Motion to Compel is DENIED without prejudice. Should the scheduling deadlines change, pursuant to outstanding motions, Lynch has leave to re-file this Motion.

DONE AND ORDERED in Chambers at Miami, Florida this 11th day of December, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE