UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61693-CIV (LENARD/GARBER)

SECURITYIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
v. )
)
JOSEPH J. MONTEROSSO, et al. )
)
Defendants. )
)

**PLAINTIFF'S MOTION *IN LIMINE* FOR ADVERSE INFERENCES
AGAINST GLOBETEL COMMUNICATIONS CORP.**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff, the Securities and Exchange Commission (the "Commission"), respectfully requests the Court rule *in limine*, that for purposes of summary judgment and trial, the Commission is entitled to an adverse inference against defendant GlobeTel Communications Corp., based upon defendant Lawrence Lynch's invocation of his Fifth Amendment privilege against self-incrimination during his deposition. The Commission respectfully requests that the adverse inference be drawn with respect to the following questions asked of Lynch during his deposition:

> Q:   And did you have any responsibilities with respect to GlobeTel's subsidiary Centerline? [Lynch Depo. at 18:10-11]

> Q:   Now, while you had responsibility for Centerline Communications, were invoices presented to you by anyone at Centerline representing business that Centerline did? [Lynch Depo. at 21:11-12]

> Q:   Do you recall receiving invoices from Luis Vargas? [Lynch Depo. at 21:16-17]

> Q:   Did you use – if you received invoices from Luis Vargas, did you use

those to record revenue in GlobeTel's general ledger? [Lynch Depo. at 21:19-20]

Q:      Were you, in fact, responsible for keeping track of payments made by Centerline to its vendors and from customers to Centerline? [Lynch Depo. at 22:14-16]

Q:      What, if anything, did you do to attempt to verify – verify that the invoices you received from Centerline were legitimate? [Lynch Depo. at 22:18-20]

Q:      Did you ever attempt to contact Centerline's customers? [Lynch Depo. at 22:22-23]

Q:      Did you ever attempt to contact Centerline's vendors? [Lynch Depo. at 22:25-23:1]

Q:      Did you do anything to attempt to contact the customers of Volta and Lonestar? [Lynch Depo. at 232:7-8]

Q:      Did you do anything to attempt to contact vendors of Volta or Lonestar? [Lynch Depo. at 23:10-11]

Q:      Was the decision not to attempt to contact customers and vendors of Volta and Lone Star, a policy decision made by the officers and directors of GlobeTel? [Lynch Depo. at 23:15-18]

Q:      Mr. Lynch, do you recall an occasion in which you questioned Mr. Vargas concerning providing you what you refer to as a wrong invoice? [Lynch Depo. at 36:11-14]

Q:      Mr. Lynch, do you recall at any point in time while you were at GlobeTel making a request to Mr. Vargas or Mr. Monterosso for more revenue from Centerline. [Lynch Depo. at 44:18-21]

Q:      Specifically, do you recall ever making a request to Mr. Vargas or Mr. Monterosso after the end of the fiscal quarter for more revenue in the previous quarter. [Lynch Depo. at 44:23-45:1]

Q:      Are you aware of whether or not anyone at GlobeTel, any officer or director, employees made a request to Mr. Vargas or Mr. Monterosso after the close of [a] fiscal quarter for more revenue from Centerline during the previous quarter. [Lynch Depo. at 45:5-9]

Q:      Do you recall whether or not Centerline ever did, in fact, produce revenue for a quarter, additional revenue for a quarter after the end of the fiscal quarter. [Lynch Depo. at 45:11-14]

Q: Mr. Lynch, did you ever tell GlobeTel's auditors that Mr. Monterosso and Mr. Vargas were generating or creating revenue for the first quarter of 2005 in May 2005. [Lynch Depo. at 50:24-51:51:2]

In accordance with Local Rule 7.1A.3, undersigned counsel hereby certifies that, on April 15, 2010, he conferred with GlobeTel's counsel in a good faith effort to resolve this issue before filing this motion but was unable to do so.

April 19, 2010                                                Respectfully submitted,

                                                              s/Jeffery T. Infelise
Of Counsel:                                                   Jeffery T. Infelise (DC 546998)
Cheryl J. Scarboro                                            Special Florida Bar No. A5501154
                                                              infelisej@sec.gov

                                                              Reid A. Muoio
                                                              Special Florida Bar No. A5501160
                                                              muoior@sec.gov

                                                              Brent Mitchell
                                                              Special Florida Bar No. A5501159
                                                              mitchellb@sec.gov

                                                              100 F Street NE
                                                              Washington, D.C. 20549
                                                              (tel) (202) 551-4904 (Infelise)
                                                              (fax) (202) 772-9362 (Infelise)

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2010, I electronically filed the foregoing Plaintiff's Motion *In Limine* For Adverse Inferences Against GlobeTel Communications Corp. with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              s/Jeffery T. Infelise
                                                              Jeffery T. Infelise

## SERVICE LIST

**ELECTRONIC SERVICE**

Maranda E. Fritz, Esq.
Mfritz@hinshawlaw.com
Hinshaw & Culbertson LLP
780 Third Ave., 4th Floor
New York, New York 10017-2024
Tel. No. 212-471-6200
Fax No. 212-935-1166
*Counsel for GlobeTel Communications Corp.*

Walter J. Mathews & D. Patricia Wallace
Fla. Bar Nos. 0174319 & 0185930
wjmathews or pwallace@wjmlawfirm.com
Walter J. Mathews, P.A.
Courthouse Law Plaza
700 SE Third Avenue, Suite 300
Fort Lauderdale, Florida 33316
Tel:    (954) 463-1929 Fax: -1920
*Counsel for Luis E. Vargas*

Marc Rowin, Esq
Lynch Rowin LLP
630 Third Avenue
New York, New York 10017
Tel. No. 212-682-4001
Fax No. 212-682-4003
*Counsel for Lawrence Lynch*

Christopher Bruno, Esq.
c.bruno6@verizon.net
Bruno &Degenhardt
10615 Judicial Dr., Suite 703
Fairfax, VA 22030
Tel. No. 703-352-8960
Fax No. 703-352-8930
*Counsel for Thomas Y. Jimenez*

Mark David Hunter
Fla. Bar No. 12995
mdhunter@lhttlaw.com
Leser Hunter Taubman &
Taubman, PLLC
255 University Drive
Coral Gables, Florida 33134
Tel: 305-604-5547
*Counsel for Joseph J. Monterosso*

Jeffrey E. Marcus
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, Fla. 33131
Tel. No. 305-474-1000
*Counsel for Timothy Huff*